**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA WANDA SEWAK, | ) Case No.: 8:20-cv-01303-VEB |
| | ) |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEYS' FEES AND |
| | ) EXPENSES PURSUANT TO 28 |
| KILOLO KIJAKAZI, | ) U.S.C. § 2412(d) AND COSTS |
| Acting Commissioner of Social | ) PURSUANT TO 28 U.S.C. § 1920 |
| Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,525.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: December 20, 2021        /s/Victor E. Bianchini
                                VICTOR E. BIANCHINI
                                UNITED STATES MAGISTRATE JUDGE